**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GLORIA CUKAR,

                Plaintiff,

  -against-                                      21 **CIVIL** 7626 (KMK)

                                                        **JUDGMENT**

COMPASS GROUP, USA, INC., et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 4, 2024, Defendants' Motion for Summary Judgment is granted and judgment is entered for Defendants; accordingly, the case is closed.

**Dated:** New York, New York

      March 4, 2024

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                        **BY:**      *K. Mango*

                                                     **Deputy Clerk**